

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS

GERALD C. MANN
~~ATTORNEY GENERAL~~

ATTORNEY GENERAL

June 14, 1939

Honorable C. X. Weaver
County Auditor
Nacogdoches County
Nacogdoches, Texas

Dear Sir:

Opinion No. O-964
Re: Compensation of election of-
ficials in consolidated
school trustee elections.

We are in receipt of your letter of June 10, 1939,
in which you request the opinion of this department upon
the following question:

"What is the compensation for
eleaction judges of a consolidated
school trustee election?"

Both Articles 2806 and 2774a, Revised Civil Stat-
utes, 1925, in providing for the election of school trustees
for consolidated districts provide that the board of trustees
of the district shall appoint three qualified voters of the
district to hold the election and make returns in like man-
ner as provided by law for holding elections for trustees
in common school districts, except that such persons hold-
ing said election shall each be paid $2.00 per day for such
services.

You are advised that election judges for school
trustee elections in consolidated districts should each be
paid $2.00 per day for their services.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By    /s/ Cecil C. Cammack
           Cecil C. Cammack
           Assistant

CCC:FG:mds